

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

07/18/2023 09:30 AM

COURTROOM 8A

HONORABLE ROBERTA COLTON

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:23-bk-00215-RCT** | **11** | **01/20/2023** |

**Chapter 11**

**DEBTOR:** Matcon Construction Services, Inc.

**DEBTOR ATTY:** **Melissa Sydow**

**TRUSTEE:** **NA**

**HEARING:**

PRELIMINARY HEARINGS
(1) Confirmation Hearing
Chapter 11 Plan of Reorganization
by Debtor (Doc #227)
Conditional Objection to Debtor's Assumption
of Executory Contract with Hillsborough County
by Hillsborough County,FL (Doc #277)
Disclosure Statement by Debtor (Doc #228)
Objection to Confirmation of Plan of Reorganization
and Potential Assumption by R.E. Crawford
Construction, LLC (Doc #295)
Objection to Confirmation of Plan , Objection
to Disclosure Statement by NGM Insurance
Company (Doc #296)
(2) Preliminary Hearing on Motion for Payment
of Administrative Expenses Amount Requested:
11,332.50 by Wells Fargo Equipment Finance,
Inc. (Doc #242)
(3) Preliminary Hearing on Motion for Payment
of Administrative Expenses Amount Requested:
3,162.35 by Wells Fargo Bank, N.A. (Doc #243)
(4) Preliminary Hearing on Application for Payment
of Administrative Expenses Amount Requested:
$28,647.11 by Rentalex (Doc #244)
(5) Preliminary Hearing on Motion for Payment
of Admin Expenses Filed by NGM
Insurance Company (Doc #247)
STATUS CONFERENCE
(6) Con't Emergency Motion to Use Cash

Collateral by Debtor (Doc #10) - granted on 5th
interim basis 7/18/23
Supplemental Objection to (Limited) to (1) Debtor's
Emergency Motion for Authority to Use Cash
Collateral and Request for Turnover, (2) Motion
Requesting Authorization to Allow AJAX
Building Company to Issue Checks Directly to the
Debtor's Sub-Subcontractors and (3) Request for
Expedited Relief to be Scheduled for Hearing on
Friday, April 28, 2023 at 10:00 a.m. by Ajax Building
Co (Doc #198)
(7) Con't Motion Requesting Authorization to Allow
AJAX Building Company to Issue Checks Directly
to the Debtor's Sub-Subcontractors (Doc 198)
(8) Con't Second Amended Motion for Relief from Stay
Re: Legal Fees, Costs, and Expenses incurred with
Respect to the Debtor's Bankruptcy Case by
Ajax Building Co (Doc #187)
Response by Debtor (Doc #199)
(9) Preliminary Hearing on Objection to Claim(s)
Rentalex's Admin Claim in the amount of $28,647.11
by Debtor (Doc #298)
(10) Preliminary Hearing on Motion to Extend
Exclusivity Period for Filing a Chapter 11 Plan
and Disclosure Statement (Motion to Extend Exclusive
Period to Solicit Acceptances Pursuant to
11 U.S.C. § 1121 by Debtor (Doc #300)
Note: Prior Hearing(s): 1/30/23; 2/17/23;
2/27/23; 3/27/23; 4/28/23; 7/10/23
R.E. Crawford's Reservation of Rights as to
Post-Petition Claims, Offsets, Recoupment
and Defenses by R.E. Crawford Construction,
LLC (Doc #246) filed 6/9/23
Notice of Filing Cash Collateral Budget as of
July 17, 2023 by Debtor (Doc 301) filed 7/14/23
.

**APPEARANCES:**: Scott Underwood and Megan Murray: Debtor Attys; Teresa Dorr: U.S. Trustee; Davis Jennis: Clearwater Commons LLC, Renewable Energy Alternatives LLC, REA Investments LLC and DeFoor Front Beach, LLC; Andrew Nazar: R.E. Crawford; Casey Lennox: Lake Michigan Credit Union; Gibson Pagter: American Contractors; Christopher Emden: U.S. Small Business Admin; Christopher Schreiber: Lamachia Construction; Dennis Levine: American Contractors Indemnity Co.; Gary Bressler: NGM Insurance Co.; Jason Burnett: Millennium Rebar, Inc.; John Lamoureux: Ajax Building Co.; Lauren Raines: Fox Capital Group, ProVenture Capital, LLC and Reserve Capital Mgmnt; Michael Provenzale: Tuskanvilla Park SC; Christina Rhaney: Ford Motor Credit and Puleo's Concrete, Inc.; Scott Moore: HireQuest; Ryan Yant: Derek and Maryness Matoes; Brian Fitzgerald: Hillsborough County; Ruel Smith: KIMCO Realty Corp and Winegarten Nostat, Inc.

**RULING:** PRELIMINARY HEARINGS **(1) Confirmation Hearing - CON'T STATUS CONFERENCE 8/29/23 @ 2:00 PM; AOCNFNG Chapter 11 Plan of Reorganization
by Debtor (Doc #227) Conditional Objection to Debtor's Assumption
of Executory Contract with Hillsborough County by Hillsborough County,FL (Doc #277)
Disclosure Statement by Debtor (Doc #228) Objection to Confirmation of Plan of
Reorganization and Potential Assumption by R.E. Crawford Construction, LLC (Doc #295)
Objection to Confirmation of Plan , Objection to Disclosure Statement by NGM Insurance
Company (Doc #296) **(2) Preliminary Hearing on Motion for Payment of Administrative Expenses Amount Requested:
11,332.50 by Wells Fargo Equipment Finance,
Inc. (Doc #242) - CON'T TO 8/29/23 @ 2:00 PM (AOCNFNG) **(3) Preliminary Hearing
on Motion for Payment of Administrative Expenses Amount Requested:
3,162.35 by Wells Fargo Bank, N.A. (Doc #243) - CON'T TO 8/29/23 @ 2:00 PM (AOCNFNG) **(4) Preliminary Hearing on Application for Payment of Administrative Expenses Amount Requested: $28,647.11 by Rentalex (Doc #244) - CON'T TO 8/29/23 @ 2:00 PM (AOCNFNG) **(5) Preliminary Hearing on Motion for Payment of Admin Expenses Filed by NGM Insurance Company (Doc #247) CON'T TO 8/29/23 @ 2:00 PM (AOCNFNG)

STATUS CONFERENCE **(6) Con't Emergency Motion to Use Cash Collateral by Debtor (Doc #10) - GRANTED ON SIXTH INTERIM BASIS TO 8/29/23 @ 2:00 PM; ORDER BY UNDERWOOD (ORDER TO BE CIRCULATED PRIOR TO SUBMITTING) Supplemental Objection to (Limited) to (1) Debtor's Emergency Motion for Authority to Use Cash Collateral and Request for Turnover, (2) Motion Requesting Authorization to Allow AJAX Building Company to Issue Checks Directly to the Debtor's Sub-Subcontractors and (3) Request for Expedited Relief to be Scheduled for Hearing on Friday, April 28, 2023 at 10:00 a.m. by Ajax Building Co (Doc #198) **(7) Con't Motion Requesting Authorization to Allow AJAX Building Company to Issue Checks Directly to the Debtor's Sub-Subcontractors (Doc 198) - WITHDRAWN IN OPEN COURT **(8) Con't Second Amended Motion for Relief from Stay Re: Legal Fees, Costs, and Expenses incurred with Respect to the Debtor's Bankruptcy Case by Ajax Building Co (Doc #187) - WITHDRAWN IN OPEN COURT Response by Debtor (Doc #199) **(9) Preliminary Hearing on Objection to Claim(s) Rentalex's Admin Claim in the amount of $28,647.11 by Debtor (Doc #298) - CON'T TO 8/29/23 @ 2:00 PM (AOCNFNG)
**(10) Preliminary Hearing on Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement (Motion to Extend Exclusive Period to Solicit Acceptances Pursuant to 11 U.S.C. § 1121 by Debtor (Doc #300) - GRANTED, EXCLUSIVITY PERIOD EXTENDED TO 9/30/23, AMENDED CHAPTER 11 PLAN DUE DATE 8/31/23; ORDER BY UNDERWOOD **(11) Motion for Order Directing Mediation and Authorizing Payment of Mediator Fees by Debtor (Doc #305) - PRELIMINARY HEARING 8/17/23 @ 10:30AM; NOTICE BY UNDERWOOD

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.