ORDERED.

Dated: January 16, 2024

_____
Roberta A. Colton
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:

Matcon Construction Services, Inc.,

        Debtor.
_____/

Case No. 8:23-bk-00215-RCT

Chapter 11

### ORDER SCHEDULING TRIAL AND ESTABLISHING DEADLINES

This case was considered on January 12, 2024 at hearing on Defoor Front Beach, LLC's ("Defoor") Motion for Relief from Automatic Stay to Terminate Contract (Doc. 427). At the hearing, the Court determined that this motion should be set for trial. The Court enters this Order setting trial and establishing deadlines that will govern matters going forward.

It is therefore **ORDERED**:

1.    Trial. Trial on Defoor's Motion for Relief from Automatic Stay to Terminate Contract (Doc. 427) is set for **February 7, 2024,** and it will begin at **9:30 a.m.** in Courtroom **8A** of the Sam M. Gibbons U.S. Courthouse, located at 801 North Florida Avenue, Tampa, Florida. The trial will be **in person**, and the Court has reserved **one day** for trial.

2.    Witnesses. The parties shall exchange names and addresses of witnesses within seven days after entry of this Order. The parties are not precluded, however, from supplementing their witness lists as dictated by ongoing discovery. The parties shall prepare and file their final

witness lists no later than **January 31, 2024**.

3. Discovery Period. The parties shall complete discovery by no later than **January 26, 2024**, except that the parties may complete previously scheduled depositions up to the trial date. The deadline for responding to written discovery requests or requests to produce shall be reduced to 14 days after the date of service of the discovery request. Depositions may be set on 7 days' notice.

4. Discovery Disputes. In the event of a discovery dispute, the parties shall first meet and confer in good faith to resolve the matter. This means that the parties must strictly comply with the guidelines set forth on Judge Colton's page on the Court's website: www.flmb.uscourts.gov/judges/colton/documents/MeetandConferGuidlines.pdf. If unsuccessful, the parties shall, before filing any formal motion, request a Zoom video conference with the Court so that the Court may render a non-binding, preliminary ruling. Any such informal ruling is without prejudice to the right of a party to thereafter file a formal discovery motion.

5. Exhibits. The parties shall prepare exhibits in compliance with Local Rule 9070-1 and shall exchange and file exhibits no later than **January 31, 2024**. Objections to the admission of any exhibit on the ground that the exhibit (a) lacks authentication or (b) does not qualify as an exception to the hearsay rule as a record of a regularly conducted activity under Federal Rule of Evidence 803(6) must be filed in writing no later than **noon on February 5, 2024**, or they shall be deemed waived.

6. Joint Stipulation of Undisputed Facts. The parties shall file a joint stipulation of undisputed facts no later than **January 31, 2024**.

The Clerk's office is directed to serve a copy of this Order on interested parties.